**Order entered November 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00863-CR

**STEVEN WAYNE BASSETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062955**

## ORDER

Although the court reporter filed a "State's and Defendant's Exhibits Index," the only exhibits filed with the record are State's Exhibit nos. 26 and 29. The remaining exhibits have not been filed. Accordingly, the Court **ORDERS** court reporter Lisa Trasvalina to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing copies of the following exhibits:

State's Exhibit nos. 1 through 23, 24, 27, and 30-42;

State's Offer of Proof Exhibit A;

Defendant's Exhibit nos. 1 through 13, 15 through 23, 24, 27, 35, 36, and 53;

Defendant's Offer of Proof Exhibits A, and B; and

Defendant's Motion for New Trial Exhibit A.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter Lisa Trasvalina and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE